AUSA CHRISTOPHER S NIEWOEHNER    312-353-6117

# UNITED STATES DISTRICT COURT F I L E D

_____NORTHERN_____ DISTRICT OF _____ILLINOIS, EASTERN_____DIVISION OCT 26 2000

UNITED STATES OF AMERICA

V.

NICHOLAS ALEXANDER

MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

CRIMINAL COMPLAINT

CASE NUMBER: **00CR0873**

MAGISTRATE JUDGE KEYS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about October 26, 2000 in Cook County, in the _Northern_ District of ___Illinois___ defendant did,

by force and violence, and by intimidation, did take from the person and presence of a teller at the 1ST Equity Bank, 3956 W. Dempster, Skokie, Illinois, money belonging to and in the care, custody, control, management and possession of the 1st Equity Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

in violation of Title _____18_____ United States Code, Section ___2113(a)_____ .

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof:  _x_ Yes ____ No

DOCKETED OCT 3 1 2000

*Gabriel B. Manuel*
Signature of Complainant
Gabriel Manuel, Special Agent FBI

Sworn to before me and subscribed in my presence,

October 26, 2000
Date

Chicago, Illinois
City, State

ARLANDER KEYS U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

STATE OF ILLINOIS            )
                                  ) SS

COUNTY OF COOK           )

I, GABRIEL MANUEL, being duly sworn, depose and state:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI). I have been an FBI Special Agent for approximately 18 years. I am assigned to the Violent Crimes Squad – Rolling Meadows of the Chicago Field Division of the FBI, which investigates violent crimes, including robberies of financial institutions.

2. I make this affidavit based upon personal knowledge and experience and upon conversations with and communications from others, including other law enforcement officers, who have personal knowledge of the events and circumstances described herein.

3. On October 26, 2000, the 1st Equity Bank located at 3956 W. Dempster St., Skokie, Illinois, was robbed by a single robber, who has been identified as Nicholas Alexander. At approximately 10:00 a.m., Alexander approached a teller window and passed the teller a bank robbery demand note. The note read, "I have a gun and a police scanner. No alarms. No die packets." Alexander also told the teller to give him "large bills." She offered him four $100 bills, but he demanded the rest of the money in her drawer.

4. In response to Alexander's threat, the teller removed approximately $2,670 from her drawer and gave it to Alexander. Alexander then fled the bank. Witnesses then provided the police with a description of the bank robber and told the police that he drove a maroon Honda Accord away from the bank.

5. Later that day, Morton Grove police stopped Alexander as he was driving a maroon Honda Accord because he matched the physical description of the robber and was driving a

similar car.

6. Alexander was arrested and taken to the Skokie police station. He was found to have $670 on his person and $2000 in his car. He was also found to have the demand note.

7. The victim teller was subsequently brought to the scene of the arrest, where she identified Alexander as the robber.

8. On October 26, 2000, FBI Special Agents subsequently advised Alexander of his Miranda rights. After taking Alexander into custody, agents with the Federal Bureau of Investigation advised Alexander of his Miranda rights and asked him to sign a written waiver of rights. Alexander signed the waiver of rights form and confessed to having committed the bank robbery at the 1st Equity Bank on October 26, 2000 and to another bank robbery First National Bank in Morton Grove on October 17, 2000.

9. On October 26, 2000, the date of the robbery, the deposits of the 1st Equity Bank, 3956 W. Dempster Street, Skokie, Illinois were insured by the Federal Deposit Insurance Corporation.

10. This affidavit is being submitted for the limited purpose of establishing probable cause. I have set forth only those facts I believe are necessary to establish probable cause in this matter. This is not a complete statement of all I know about Nicholas Alexander or the events described in this affidavit.


FURTHER AFFIANT SAYETH NOT.


GABRIEL MANUEL
FBI Special Agent

SUBSCRIBED and SWORN TO before me this
26th day of October 2000

ARLANDER KEYS
UNITED STATES MAGISTRATE JUDGE
Chicago, Illinois